Form 210A (12/09)

# United States Bankruptcy Court

## Northern District of California

In re: Martin Lopez Alcocer, Rosario Alcocer    Case No.: 09-48278

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| EverBank | Bank of America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

EverHome Mortgage Company
301 West Bay Street
Jacksonville, FL 32202

Court Claim # (if known): 4
Amount of claim: $233,545.16
Date Claim Filed: 10/06/2009

Phone:
Last Four Digits of Acct #: XXXXXX8286

Phone:
Last Four Digits of Acct #: 4492

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: XXXXXX8286

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kiana Khajeh    Date: July 26, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.